UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARIANNE V. PEIRANO,

        Plaintiff,

v.

MOMENTIVE SPECIALTY
CHEMICALS, INC.,

        Defendant.

Case No. 2:11-CV-00281
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

The Settlement Conference currently set for October 2, 2012 at 1:30 p.m. is hereby **RESCHEDULED** for **THURSDAY, NOVEMBER 1, 2012 at 9:00 a.m.** to be held in conjunction with the Final Pretrial Conference. No later than **fourteen (14)** days before the conference the plaintiff must submit to counsel for defendant a fully documented, written settlement demand. No later than **ten (10)** days before the conference each party must respond, in writing, to each settlement demand fully documenting that party's position. No later than **seven (7)** days before the conference, each party shall submit its Confidential Assessment Letter directly to the Chambers, subject to the conditions outlined in the Court's January 30, 2012 Order.

Given that this case is in its late stages, at this time the Court will also expedite briefing on Defendant's September 20, 2012 Motion to Strike. (ECF No. 30.) Plaintiff shall have until **THURSDAY, SEPTEMBER 27, 2012** to respond to the Motion. The Court will not accept any reply briefing in this matter.

IT IS SO ORDERED.


<u>September 21, 2012</u>          <u>s/ Edmund A. Sargus</u>
DATE                              EDMUND A. SARGUS, JR.
                                  UNITED STATES DISTRICT JUDGE